## ROBERTS, Appellant, v. BERGEN, Respondent.

### (172 N. W. 874).

(File No. 4552. Opinion filed June 17, 1919).

**Appeals—Error—No Brief—Stipulation re Time—Abandonment of Appeal.**

Where some three months had expired after notice of appeal, and although stipulation for time for serving appellant's brief was filed, yet, no brief having been filed, nor any stipulation extending time for service thereof, appeal is deemed abandoned. and judgment is affirmed.

Appeal from Circuit Court, Bennett County. Hon. WILLIAM WILLIAMSON, Judge.

Action by Ben Roberts, against William Bergen, as County Treasurer of Bennett County. From a judgment for defendant, plaintiff appeals. Affirmed.

*Parliman & Parliman,* for Appellant.

*W. J. Hooper,* for Respondent.

PER CURIAM. Notice of appeal in the above-entitled action was filed in this court on March 10, 1919. By written stipulation between counsel for appellant and respondent, duly filed, the time for serving and filing appellant's brief was extended until June 1, 1919. Since that date no briefs have been filed by appellant, nor have any stipulations been filed extending the time for serving and filing of appellant's brief. Appellant is therefore in default, the appeal is deemed abandoned, and the judgment of the trial court will be affirmed.